JMBM | Jeffer Mangels Butler & Mitchell LLP

| | |
|---|---|
| 1 | JEFFER MANGELS BUTLER & MITCHELL LLP |
| | MARTIN H. ORLICK SBN. 083908, mho@jmbm.com |
| 2 | MATTHEW S. KENEFICK SBN. 227298, msk@jmbm.com |
| | STUART K. TUBIS SBN. 278278, skt@jmbm.com |
| 3 | Two Embarcadero Center, Fifth Floor |
| | San Francisco, California 94111-3824 |
| 4 | Telephone: (415) 398-8080 |
| | Facsimile: (415) 398-5584 |
| 5 | |
| 6 | Attorneys for Defendants Service Hospitality, LLC and Leisure Hotel Group, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ODIS MARTIN and LORETHA MARTIN, | CASE NO. 4:16-cv-00776-HSG |
| Plaintiffs, | **DEFENDANTS SERVICE HOSPITALITY, LLC AND LEISURE HOTEL GROUP, LLC REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER** |
| v. | |
| SERVICE HOSPITALITY, LLC, dba CLARION HOTEL CONCORD; CHOICE HOTELS INTERNATIONAL, INC.; LEISURE HOTEL GROUP, LLC; and DOES 1-20 Inclusive, | |
| Defendants. | Date: June 27, 2017 |
| | Time: 2:00 p.m. |
| | Dept: Ctrm 2 |
| | Judge: Hon. Haywood S. Gilliam, Jr. |

REQUEST FOR TELEPHONIC APPEARANCE FOR JUNE 27, 2017 CASE MANAGEMENT CONFERENCE
4:16-cv-00776-HSG

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Martin Orlick, Esq., counsel for Defendants Service Hospitality, LLC and Leisure Hotel Group, LLC, respectfully requests to appear via telephone for Case Management Conference hearing scheduled for June 27, 2017 at 2:00 p.m in Courtroom 2 of this Court, the Honorable Haywood Gilliam, Jr., presiding. This request is being made because Mr. Orlick's office is located in San Francisco, CA. Defendants would incur travel and expense costs for their counsel to appear in person. Therefore, a telephonic appearance is respectfully requested.

Dated: June 27, 2017

Respectfully submitted,

By: /s/ *Martin H. Orlick*
Attorney for Defendants Service Hospitality, LLC and Leisure Hotel Group, LLC

[PROPOSED] ORDER

The request of Martin Orlick to make a telephonic appearance at the June 27, 2017 2:00p.m.. Case Management Conference is GRANTED.

Dated: 6/27/2017

DENIED

Haywood S. Gilliam Jr.
Judge Haywood S. Gilliam Jr.

_____
Haywood S. Gilliam, Jr.
United States District Judge

REQUEST FOR TELEPHONIC APPEARANCE FOR JUNE 27, 2017 CASE MANAGEMENT CONFERENCE
4:16-cv-00776-HSG