UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ODIS MARTIN and LORETHA MARTIN,<br><br>Plaintiffs,<br><br>vs.<br><br>SERVICE HOSPITALITY, LLC dba CLARION HOTEL CONCORD; CHOICE HOTELS INTERNATIONAL, INC.; LEISURE HOTEL GROUP, LLC and DOES 1-20<br><br>Defendants. | CASE NO. 4:16-cv-776 HSG<br><br>**ORDER ON DEFENDANT CHOICE HOTELS INTERNATIONAL, INC.'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**<br><br>Date: October 10, 2017<br>Time: 2:00 p.m.<br>Dept: Court Room 2<br>Judge: **Hon. Haywood Gilliam, Jr.** |

**ORDER OF TELEPHONIC APPEARANCE**

Having considered defendant CHOICE HOTELS INTERNATIONAL, INC.'s request for telephonic appearance and for good cause appearing, it is hereby ORDERED:

1. Defendant CHOICE HOTELS INTERNATIONAL, INC. is excused from personally appearing at the Case Management Conference set for October 10, 2017, at 2:00 p.m., and may appear telephonically. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated: October 10, 2017

*Haywood S. Gilliam Jr.*
UNITED STATES DISTRICT JUDGE

-1-

ORDER
Case No. 4:16-cv-776 HSG