1  PAUL L. REIN, Esq. (SBN 43053)
   AARON M. CLEFTON (SBN318680)
2  LAW OFFICES OF PAUL L. REIN
   200 Lakeside Drive, Suite A
3  Oakland, CA  94612
   Telephone:    510/832-5001
4  Facsimile:    510/832-4787
   reinlawoffice@aol.com
5
   STEVEN L. DERBY, Esq. (SBN 148372)
6  CELIA MCGUINNESS, Esq. (SBN 159420)
   DERBY, McGUINNESS & GOLDSMITH, LLP.
7  200 Lakeside Drive, Suite A
   Oakland, CA  94612
8  Telephone:  (510) 987-8778
   Facsimile:   (510) 359-4419
9  info@dmglawfirm.com

10 Attorneys for Plaintiffs
   ODIS MARTIN and LORETHA MARTIN
11
   *Defendants' counsel listed after the caption*
12

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15
   ODIS MARTIN and LORETHA MARTIN,        Case No. 4:16-cv-00776 HSG
16                                        Civil Rights
                Plaintiffs,
17
         v.
18                                        **STIPULATUION AND ORDER
                                          REQUESTING BINDING ARBITRATION
19 SERVICE HOSPITALITY, LLC, dba          ON ONLY THE ISSUE OF PLAINTIFFS'
   CLARION HOTEL CONCORD; CHOICE          ATTORENYS' FEES, LITIGATION
20 HOTELS INTERNATIONAL, INC.; LEISURE    EXPENSES AND COSTS BEFORE
   HOTEL GROUP, LLC; and DOES 1-20,       NEUTRAL ARBITER JUSTICE JAMES R.
21 Inclusive,                             LAMBDEN**

22             Defendants.

23

24 JEFFER MANGELS BUTLER & MITCHELL LLP
   MARTIN H. ORLICK, SBN. 083908, mho@jmbm.com
25 STUART K. TUBIS, SBN 278278, skt@jmbm.com
   Two Embarcadero Center, Fifth Floor
26 San Francisco, California 94111-3824
   Telephone: (415) 398-8080
27 Facsimile: (415) 398-5584
28

STIP AND ORDER RE ARBITRATION
CASE NO. 4:16-cv-00776 HSG                -1-

Attorneys for Defendants
SERVICE HOSPITALITY, LLC and
LEISURE HOTEL GROUP, LLC

GINA HAGGERTY LINDELL (SBN: 217258)
glindell@gordonrees.com
LAURA G. RYAN (SBN: 184363)
lryan@gordonrees.com
GORDON & REES LLP
101 W. Broadway
Suite 2000
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124

Attorneys for Defendant
CHOICE HOTELS INTERNATIONAL, INC.

After engaging in a Settlement Conference on March 14, 2018, and subsequent settlement phone conferences with Magistrate Judge Robert M. Illman, Plaintiffs ODIS MARTIN and LORETHA MARTIN ("Plaintiffs") and Defendants SERVICE HOSPITALITY, LLC, dba CLARION HOTEL CONCORD; CHOICE HOTELS INTERNATIONAL, INC.; LEISURE HOTEL GROUP, LLC ("Defendants"), by and through their respective counsel of record, hereby jointly stipulate and request that the Court order the parties to resolve the remaining issue of attorney fees, litigation expenses, and costs at binding arbitration for the following good cause and upon the following conditions:

1. The Parties have agreed and signed two Court Enforceable Settlement Agreements, one regarding injunctive relief, the other regarding damages;

2. To resolve this case in total and with finality, the parties have agreed to request that the Court order binding arbitration before Justice James R. Lambden, and that he act as neutral and binding arbiter of the remaining issues of attorney fees, litigation expenses and costs. The parties' agreement to submit to binding arbitration is premised on the conditions that:

    a. ~~The decision by Justice Lambden will be adopted as an order by this Court;~~

    b. No party will dispute the decision, or appeal it in any way;

    c. For purposes of briefing the attorney fees, litigation, expenses and costs issue only, Defendants will stipulate that Plaintiffs are the prevailing parties in this case;

d. Justice Lambden shall hold a hearing on the matter on or before May 3, 2018 (45 days from March 19, 2018), subject to this date being convenient for his schedule;

e. 30 days after Justice Lambden issues his decision, Defendant shall pay the damages as previously agreed plus any and all attorney fees, litigation expenses and costs awarded by the decision;

f. Plaintiff shall file the Arbiter's decision and both Court Enforceable Settlement Agreements at the same time for this Court to issue Orders on each, bringing this matter to a close.

IT IS SO STIPULATED.

Date: April 18, 2018				LAW OFFICES OF PAUL L. REIN


						By: */s/ Paul L. Rein*
						PAUL L. REIN, ESQ.
						Attorneys for Plaintiffs
						ODIS MARTIN and LORETHA MARTIN

Date: April 18, 2018				DERBY, McGUINNESS & GOLDSMITH, LLP


						By: */s/ Steven L. Derby*
						STEVEN L. DERBY, ESQ.
						Attorneys for Plaintiffs
						ODIS MARTIN and LORETHA MARTIN

Date: April 18, 2018				JEFFER MANGELS BUTLER & MITCHELL LLP


						By: */s/ Martin H. Orlick*
						MARTIN H. ORLICK, ESQ.
						Attorneys for Defendants
						SERVICE HOSPITALITY, LLC and
						LEISURE HOTEL GROUP, LLC

Date: April 18, 2018				GORDON & REES LLP


						By: */s/ Laura G. Ryan*
						LAURA G. RYAN, ESQ.
						Attorneys for Defendant
						CHOICE HOTELS INTERNATIONAL, INC.

## **FILER'S ATTESTATION**

Pursuant to Local Rule 5-1, I hereby attest that I, Paul L. Rein, attorney with the Law Offices of Paul Rein, received the concurrences of Martin Orlick and Laura Ryan in the filing of this document.

*/s/ Paul L. Rein*
Paul L. Rein

## **ORDER**

Pursuant to the stipulation of the parties, and for good cause shown, IT IS SO ORDERED.

DATED: April 26, 2018

Honorable Haywood S. Gilliam, Jr.
U.S. District Court Judge