1  PAUL L. REIN, Esq. (SBN 43053)
   AARON M. CLEFTON (SBN318680)
2  LAW OFFICES OF PAUL L. REIN
   200 Lakeside Drive, Suite A
3  Oakland, CA  94612
   Telephone:     510/832-5001
4  Facsimile:     510/832-4787
   reinlawoffice@aol.com
5
   STEVEN L. DERBY, Esq. (SBN 148372)
6  CELIA MCGUINNESS, Esq. (SBN 159420)
   DERBY, McGUINNESS & GOLDSMITH, LLP.
7  200 Lakeside Drive, Suite A
   Oakland, CA  94612
8  Telephone:  (510) 987-8778
   Facsimile:   (510) 359-4419
9  info@dmglawfirm.com

10 Attorneys for Plaintiffs
   ODIS MARTIN and LORETHA MARTIN
11
   *Defendants' counsel listed after the caption*
12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15 | ODIS MARTIN and LORETHA MARTIN, | Case No. 4:16-cv-00776 HSG
                                      Civil Rights

   Plaintiffs,

   v.
                                      **STIPULATION AND ORDER FOR
                                      DISMISSAL WITH PREJUDICE**

   SERVICE HOSPITALITY, LLC, dba
   CLARION HOTEL CONCORD; CHOICE
   HOTELS INTERNATIONAL, INC.; LEISURE
   HOTEL GROUP, LLC; and DOES 1-20,
   Inclusive,

   Defendants.

JEFFER MANGELS BUTLER & MITCHELL LLP
MARTIN H. ORLICK, SBN. 083908, mho@jmbm.com
STUART K. TUBIS, SBN 278278, skt@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3824
Telephone: (415) 398-8080
Facsimile: (415) 398-5584

| | |
|---|---|
| 1 | Attorneys for Defendants |
| 2 | SERVICE HOSPITALITY, LLC and LEISURE HOTEL GROUP, LLC |
| 3 | GINA HAGGERTY LINDELL (SBN: 217258) |
| 4 | glindell@gordonrees.com<br>LAURA G. RYAN (SBN: 184363) |
| 5 | lryan@gordonrees.com<br>GORDON & REES LLP |
| 6 | 101 W. Broadway<br>Suite 2000 |
| 7 | San Diego, CA 92101<br>Telephone: (619) 696-6700 |
| 8 | Facsimile: (619) 696-7124 |
| 9 | Attorneys for Defendant<br>CHOICE HOTELS INTERNATIONAL, INC. |

## **STIPULATION**

Plaintiffs ODIS MARTIN and LORETHA MARTIN ("Plaintiffs") and Defendants SERVICE HOSPITALITY, LLC, dba CLARION HOTEL CONCORD; CHOICE HOTELS INTERNATIONAL, INC.; LEISURE HOTEL GROUP, LLC ("Defendants"), – Plaintiffs and Defendants together the "Parties" – hereby stipulate and request pursuant to FRCP Rule 41(a) that the Court order that all of Plaintiff's claims in this action against all Defendants be dismissed with prejudice, subject to the Court retaining jurisdiction to enforce the terms of the Settlement Agreement.

IT IS SO STIPULATED.

Date: November 16, 2018    LAW OFFICES OF PAUL L. REIN


By: */s/ Aaron M. Clefton*
AARON M. CLEFTON, ESQ.
Attorneys for Plaintiffs
ODIS MARTIN and LORETHA MARTIN

| | |
|---|---|
| Date: November 16, 2018 | DERBY, McGUINNESS & GOLDSMITH, LLP |
| | By: */s/ Steven L. Derby*<br>STEVEN L. DERBY, ESQ.<br>Attorneys for Plaintiffs<br>ODIS MARTIN and LORETHA MARTIN |
| Date: November 16, 2018 | JEFFER MANGELS BUTLER & MITCHELL LLP |
| | By: */s/ Martin H. Orlick*<br>MARTIN H. ORLICK, ESQ.<br>Attorneys for Defendants<br>SERVICE HOSPITALITY, LLC and<br>LEISURE HOTEL GROUP, LLC |
| Date: November 16, 2018 | GORDON & REES LLP |
| | By: */s/ Laura G. Ryan*<br>LAURA G. RYAN, ESQ.<br>Attorneys for Defendant<br>CHOICE HOTELS INTERNATIONAL, INC. |

## **FILER'S ATTESTATION**

Pursuant to Local Rule 5-1, I hereby attest that I, Aaron Clefton, attorney with the Law Offices of Paul Rein, received the concurrences of Steven Derby, Martin Orlick, and Laura Ryan in the filing of this document.

*/s/ Aaron M. Clefton*
Aaron M. Clefton

**ORDER**

Pursuant to the stipulation of the parties, and for good cause shown, IT IS SO ORDERED.

DATED: November 19, 2018

_____
Honorable Haywood S. Gilliam, Jr.
U.S. District Court Judge